UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lida E.G.Q., <br><br> Petitioner, <br><br> v. <br><br> Pamela Bondi, *Attorney General*; Daren K. Margolin, *Director for Executive Office for Immigration Review*; Executive Office for Immigration Review; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; Immigration and Customs Enforcement; and David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, <br><br> Respondents. | Civ. No. 26-138 (JWB/JFD) <br><br><br> **ORDER <br> FOR SHOW CAUSE <br> HEARING** |

Respondents have confirmed that Petitioner Lida E.G.Q. was transferred out of this District against the Court's January 9, 2026 Order prohibiting such a transfer. (*See* Doc. No. 6.)

Accordingly, **IT IS HEREBY ORDERED** that:

1. A show cause hearing is set for **tomorrow, January 15, 2026, at 9:00 a.m.**, in Courtroom 7A (STP). Daniel Rosen and/or Ana Voss must attend the hearing on behalf of Respondents. Trevor Brown's attendance is optional. Petitioner's counsel may attend but is not required.

2

2. At the hearing, Respondents' counsel must explain the failure to comply with the Court's order (Doc. No. 3) and show cause for why further remedial action, including sanctions, should not be imposed.

Date: January 14, 2026          *s/ Jerry W. Blackwell*
                                         JERRY W. BLACKWELL
                                         United States District Judge